UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/09
```

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

RENAISSANCERE HOLDINGS LTD.,

    Defendant.

07 Civ. 865 (GEL)
ECF CASE

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINSTRATOR

The Court, having reviewed Plaintiff Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator and the supporting exhibits, including the Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.  The Clerk of the Court shall issue a check drawn on the Court Registry Investment System ("CRIS"), account number 07 Civ. 865, under the case name designation "SEC v. RenaissanceRe Holdings Ltd.," in the amount of $1,746.78 payable to "Damasco & Associates LLP." The check shall contain the notation "SEC v. RenaissanceRe Holdings Ltd., Case No. 07 Civ. 865, Preparation and Filing of 2008 U.S. Qualified Settlement Fund Tax Returns, Invoice No. 20528."

2.    The Clerk shall send the check by overnight mail to:

     Damasco & Associates LLP
     Attention: Jude P. Damasco
     700 Monte Vista Lane
     Half Moon Bay, CA 94019
     Phone: (650) 726-4100

The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the Commission's billing number.

Dated: _June 24, 2009_

                                                              _[signature]_
                                           UNITED STATES DISTRICT JUDGE